# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ENRIQUE TOJXITUMUL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY, *et al.*,<br><br>Respondents. | Case No. 1:26-cv-01060 JLT CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 13)<br><br>7-Day Deadline |

Carlos Enrique Tojxitumul, a federal immigration detainee, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on February 6, 2026, while in custody of the Immigration and Customs Enforcement at the Mesa Verde Detention Facility. (Doc. 1.)  On March 6, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition and recommended that the Court order Respondents to provide Petitioner a bond hearing in accordance with 8 U.S.C. § 1226(a).  (*Id.* at 16-17.) Respondents filed objections in which they represent that a final administrative removal order was entered on March 6, 2026, with appeal being waived. (Doc. 18.) However, a subsequent status report clarified that the removal order is no longer final, with any appeal due for filing by April 13, 2026. (Doc. 19.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1.  The findings and recommendations (Doc. 13) issued on March 6, 2026, are **ADOPTED** in full.

2.  The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3.  Respondents are **ORDERED** to provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) within 7 days, at which Petitioner's eligibility for bond must be considered, and where the government must demonstrate by clear and convincing evidence that Petitioner is a flight risk or danger to the community, such that physical custody is legally justified.

4.  The Clerk of the Court is **DIRECTED** to enter judgment for Petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **March 20, 2026**

UNITED STATES DISTRICT JUDGE

2